THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELMER HAWK, Appellant.

(Submitted October 2, 1935; decided October 22, 1935.)

*W. J. Relihan* for appellant.

*Donald W. Kramer, Assistant District Attorney*, for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.